AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-05412 |
| Sanjay Valvani et ano | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission

Date: 06/15/2016

*Attorney's signature*

Alexander Vasilescu
*Printed name and bar number*

SEC
New York Regional Office
Brookfield Place, 300 Vesey Street, Suite 400
New York, NY 10281
*Address*

vasilescua@sec.gov
*E-mail address*

(212) 336-0178
*Telephone number*

(775) 383-9080
*FAX number*