AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| U.S. Securities and Exchange Commission | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 16 civ. 4512 |
| Sanjay Valvani and Gordon Johnston | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Securities and Exchange Commission .

Date: 06/16/2016

/s/ Jason W. Sunshine
*Attorney's signature*

Jason W. Sunshine
*Printed name and bar number*

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Ste. 400
New York, NY 10281-1022
*Address*

sunshinej@sec.gov
*E-mail address*

(212) 336-9090
*Telephone number*

*FAX number*

Print    Save As...    Reset