LONDON & MEAD
ATTORNEYS AT LAW

1225 19TH STREET, N.W.
SUITE 320
WASHINGTON, DC 20036

TELEPHONE (202) 331-3334 Ex. 208
TELEFAX (202) 785-4280
SBERMAN@LONDONANDMEAD.COM

August 5, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 5, 2016

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Securities and Exchange Commission v. Gordon Johnston,
      Civil Action No. 16 civ 4512

Dear Judge Failla:

This firm represents defendant Gordon Johnston. We are in settlement negotiations with plaintiff Securities and Exchange Commission about a potential consent judgment that would resolve the pending action. While the Commission must approve any such order, and has not been presented with a proposed judgment yet, we do not anticipate litigating the case. Accordingly, we request that we be excused from the status conference scheduled for August 11, 2016 at 11:00am.

Thank you for your consideration.

Very truly yours,

Stuart A. Berman
Bar No. SB7146

Application GRANTED.

SO ORDERED.

Dated: August 5, 2016
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE