UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 16-cv-4512 |
| : | |
| GORDON JOHNSTON, : | |
| : | |
| Defendant : | |
| : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of Stuart A. Berman as counsel for Gordon Johnston. Mr. Berman is leaving the firm of London & Mead, which will remain counsel to Gordon Johnston.

Respectfully submitted,

_____/s/_____
Stuart A. Berman # SB7146
London & Mead
1225 19th Street, NW, Suite 320
Washington, DC 20036
Telephone:  202-331-3334
Facsimile:   202-785-4280
sberman@londonandmead.com

Dated:  September 20, 2016

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2016, I electronically served the above Notice of Withdrawal of Appearance on all counsel of record through ECF.

_____/s/_____
Stuart A. Berman