

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281

DIVISION OF
ENFORCEMENT

CHARLES D. RIELY
(212) 336-0535
RIELYC@SEC.GOV

JASON W. SUNSHINE
(212) 336-9191
SUNSHINEJ@SEC.GOV

October 4, 2016

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re: <u>SEC v. Sanjay Valvani and Gordon Johnston 16 Civ. 4512 (KPF)</u>

Dear Judge Failla:

    We represent the U.S. Securities and Exchange Commission (the "Commission") in the above captioned matter and write to extend the deadline to provide the Court with a report regarding the status of this case to November 14, 2016. In a court conference held on August 11, 2016, Commission counsel indicated that it would provide a status report in sixty days. To provide additional time for the Commission to complete its deliberative process, however, we request an extension until November 14, 2016. Neither defendant objects to this request.

    We are available to answer any questions or address any concerns you may have.

                                Respectfully,

                                Charles D. Riely
                                Jason W. Sunshine

cc:    Barry H. Berke, Counsel to Sanjay Valvani (via email)
        Christopher B. Mead, Counsel to Gordon Johnston (via email)